AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT

### for the

### Western District of Texas

FILED

2011 MAR 21  AM 10: 12

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY_____
                        DEPUTY

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Mavola Varenda-Varela | ) | Case No.   A-11-M-199 |
| | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____February 6, 2011_____ in the county of _____Williamson_____ in the

_____Western_____ District of _____Texas_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21 U.S.C. Section 841(a)(1) | Possession with Intent to Distribute 100 Kilograms or more of Marijuana |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Dorinisha Livingston, Agent
_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 3/21/11

_____
*Judge's signature*

City and state:   Austin, TX

Judge Robert Pitman
_____
*Printed name and title .*

**ROBERT PITMAN**
**U.S. MAGISTRATE JUDGE**

### AFFIDAVIT FOR CRIMINAL COMPLAINT

U.S. District Court – Western District of Texas 

U.S. v ~~Jose Luis SILVA-PADILLA~~ MARENDA – VARELA, MAVOLA

### AFFIDAVIT

Affiant alleges the following facts establishing the foregoing ground for issuance of an arrest warrant:

Your affiant, Dori Livingston, being duly sworn, depose and state I am an Investigator with the Texas Department of Public Safety in Austin, Texas.

This affidavit is based on my own investigation, as well as information furnished to me by other law enforcement officers.   As a result of my training and experience as an Investigator with the Texas Department of Public Safety, I am familiar with Federal narcotics laws and I know that it is a violation of Title 21, USC, Section 841(a)(1) & 841(b)(1)(B), for any person to possess with intent to distribute 100 kilograms or more of marijuana.

This affidavit relates to the illegal possession of 100 kilograms or more of marijuana with intent to distribute by ~~Jose Luis SILVA-PADILLA~~ VARENDA – VARELA, MAVOLA (r) Your affiant has identified ~~Jose Luis~~ MAVOLA VARENDA, ~~SILVA-PADILLA~~ (r) VARELA as a W/M; DOB: 04-29-1970;

On February 6, 2011, Trooper Otto Cabrera with the Texas Department of Public Safety conducted a traffic stop of the Defendant for following too closely to another vehicle.   Trooper Cabrera asked for and received consent to search the Defendant's automobile.   A search revealed approximately 340 pounds of marijuana.

It is your affiant's experience that this amount of marijuana is for distribution and not personal use.

_____
Dori Livingston-Affiant

Sworn to before me and subscribed in my presence:

_____            3/21/11
U.S. Magistrate Judge                                    _____
Western Judicial District of Texas-Austin          Date